**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| **MICHAEL DEAN VAUGHAN,** | Civil Action No. **1 : 26 C V C 1 0** |
| Plaintiff, | District Judge: **J. McFARLAND** |
| v. | Magistrate Judge: **M.J. LITKOVITZ** |
| **DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,** | |
| Defendant. | |

### NOTICE OF RELATED CASE

Pursuant to the Local Rules of this Court governing the assignment of related cases (S.D. Ohio Civ. R. 3.1), Plaintiff Michael Dean Vaughan respectfully notifies the Court that this action is related to the following pending case:

Vaughan v. Department of Defense; Department of the Army; and National Guard Bureau, Civil Action No. 1:26-cv-589 (S.D. Ohio), assigned to District Judge Jeffery P. Hopkins and Magistrate Judge Stephanie K. Bowman.

The two actions are related for the following reasons:

1.   Common records and facts. Both actions arise from the same body of Plaintiff's military records, including the physician-signed Line of Duty determination of March 2, 2009 and its later alteration, and the administrative handling of Plaintiff's combat-injury record. The earlier-filed action, No. 1:26-cv-589, seeks the records under the Freedom of Information Act and the Privacy Act; this action challenges the Army Review Boards Agency's March 2, 2026 return-without-action of Plaintiff's exhausted application to correct those records.

2.   Overlapping parties. The defendants in both actions are components and officers of the Department of the Army and the Department of Defense, represented by the same United States Attorney's Office for the Southern District of Ohio.

3.   Judicial economy. Because both actions concern the same records and the same underlying administrative history, assignment to the same District Judge would conserve judicial resources, avoid duplicative familiarization with a lengthy record, and reduce the risk of inconsistent rulings.

This action is not duplicative of No. 1:26-cv-589. The earlier action seeks disclosure of records; this action seeks review of a discrete final agency action under the Administrative Procedure Act and the Mandamus Act. Plaintiff files this Notice so that the Court may determine whether assignment to the Judge presiding over the related case is appropriate.

Dated: _June 2nd_, 2026

Respectfully submitted,

**Michael Dean Vaughan, Pro Se**
500 Leo Drive, Hamilton, Ohio 45013
(859) 743-1355 | warhacker6@gmail.com

## CERTIFICATE OF SERVICE

I certify that on the 25th day of _June_, 2026, a copy of this Notice was served upon the United States in accordance with Fed. R. Civ. P. 4(i), by first-class U.S. mail, upon the United States Attorney for the Southern District of Ohio and the Attorney General of the United States at the addresses stated in the Complaint.

**Michael Dean Vaughan, Pro Se**