# IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF OHIO

## WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| **MICHAEL DEAN VAUGHAN,** | **Civil Action No.** 1:26-cv-00610-MWM-KLL |
| *Plaintiff,* | **District Judge**: Matthew W. McFarland |
| | **Magistrate Judge**: Karen L. Litkovitz |
| v. | (Related Case: No. 1:26-cv-00589) |
| **DANIEL P. DRISCOLL, in his official** capacity as Secretary of the Army, | **AFFIDAVIT OF SERVICE** |
| *Defendant.* | |

## AFFIDAVIT OF SERVICE

I, Brandie Othersen, declare as follows:

1. I am over eighteen years of age, am competent to make this declaration, and am not a party to this action.

2. On June 24, 2026, I served true and accurate copies of the documents identified below by depositing them with the United States Postal Service by Certified Mail, return receipt requested.

3. The documents served in this action included the Complaint for Declaratory and Injunctive Relief and Petition for Writ of Mandamus under the Administrative Procedure Act, 5 U.S.C. §§ 701-706, and the Mandamus Act, 28 U.S.C. § 1361; the issued summonses; and the Notice of Related Case. The packets mailed to the United States Attorney's Office for the Southern District of Ohio and the Attorney General of the United States also included the service documents for the related action, Vaughan v. Department of Defense, Civil Action No. 1:26-cv-00589-JPH-SKB, as reflected below.

4. The Certified Mail receipts reflected below were obtained at the time of mailing. A copy of the USPS Certified Mail receipts is attached as Exhibit A.

## CERTIFICATE OF SERVICE

The following documents were mailed on June 24, 2026:

| Recipient / Address | Documents Mailed | Certified Mail Tracking No. | Service Method |
|---|---|---|---|
| Daniel P. Driscoll Secretary of the Army 101 Army Pentagon Washington, DC 20310 | Complaint for Declaratory and Injunctive Relief and Petition for Writ of Mandamus; issued summons for Daniel P. Driscoll in his official capacity as Secretary of the Army; Notice of Related Case. | 9589 0710 5270 3660 6702 83 | Certified Mail / RRR |
| United States Attorney's Office Southern District of Ohio Attn: Civil Process Clerk 221 East Fourth Street, Suite 400 Cincinnati, Ohio 45202 | Joint Rule 4(i) packet: Complaint and summons/service papers for No. 1:26-cv-00589; Complaint and summons/service papers for No. 1:26-cv-00610; Notice of Related Case. | 9589 0710 5270 3660 6702 14 | Certified Mail / RRR |
| Attorney General of the United States U.S. Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001 | Joint Rule 4(i) packet: Complaint and summons/service papers for No. 1:26-cv-00589; Complaint and summons/service papers for No. 1:26-cv-00610; Notice of Related Case. | 9589 0710 5270 3660 6702 07 | Certified Mail / RRR |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: ___Oe 24___ , 2026

**Brandie Othersen**
Server / Declarant
Address: 500 Leo Dr Hamilton, OH 45013

## EXHIBIT A

### USPS CERTIFIED MAIL RECEIPTS - JUNE 24, 2026

