**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | | |
|---|---|---|
| MICHAEL DEAN VAUGHAN, | : | Case No. 1:26-cv-610 |
| Plaintiff, | : | District Judge Jeffrey P. Hopkins |
| v. | : | Magistrate Judge Stephanie K. Bowman |
| DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army, | : | |
| | : | |
| Defendant. | : | |

---

**DEFENDANT'S MOTION TO STAY**

---

Defendant Daniel P. Driscoll, Secretary of the United States Army, respectfully requests that this matter be stayed for ninety (90) days.

*Pro se* Plaintiff Dean Vaughan's Complaint seeks relief related to an application he submitted to the Army Board for Correction of Military Records (ABCMR). Plaintiff's application seeks to correct the Army Awards and Decorations Branch's (AADB) denial of Plaintiff's application for a Purple Heart. Complaint, Doc. 1, PageID 7. Decisions of the AADB may be appealed to the ABCMR. *Id*. The Army Review Boards Agency administers the ABCMR.

Plaintiff submitted his application to the AADB (which is housed in the Army Human Resources Command) on January 28, 2025. *Id*. In February 2025, while the AADB application was still pending, Plaintiff also submitted an application to the ABCMR. *Id*. At the time of this original submission, Plaintiff's ABCMR application was premature because he had not exhausted his remedies before the AADB. On October 23, 2025, the AADB denied the

application. *Id.* Thereafter, on November 25, 2025, Plaintiff submitted "an amended submission" to the ABCMR and included the AADB's denial letter. *Id*. at PageID 8. On March 2, 2026, an Army Review Board Agency representative returned Plaintiff's original application to the ABCMR, stating his application contained no evidence of an application to or a decision from the AADB. *Id*. It appears the original application was not updated with the later "supplement" containing the AADB denial. Plaintiff challenges the "March 2, 2026 return" in this action.

In the Complaint, Plaintiff: (i) seeks a declaration from this Court pursuant to the Administrative Procedure Act that the March 2, 2026 "return-without-action" is unlawful, arbitrary, capricious, an abuse of discretion, and not in accordance with law; (ii) requests that the Court set aside and vacate the "return-without-action"; (iii) requests that the Court declare that Plaintiff has satisfied applicable exhaustion requirements and that the ABCMR must accept the application and submit it for Board consideration; (iv) requests that the Court order the ABCMR to accept and process Plaintiff's existing application, to docket it for consideration by a panel of the Board, and issue a written decision within a specific time period; and (v) in the alternative, requests that the Court compel adjudication on the application or issue a writ of mandamus. Complaint, Doc. 1, PageID 16.

As set out in the attached Declaration of Heidi J. Moyer, legal advisor to the Army Review Board Agency, since the initiation of this action, the Army Review Board Agency has investigated the status of Plaintiff's application and supplemental submission to the ABCMR and determined that Plaintiff's first application to ABCMR was returned without action due to administrative oversight and processing delays. *See* Exhibit A. Upon identifying the issue, the Army Review Board Agency reopened Plaintiff's case and is now actively processing his application. *Id*. An ABCMR analyst is currently preparing Plaintiff's application for

consideration by the Board, which is anticipated to convene and review the case in October. *Id*. After Board review, the case will proceed through routine post-board processing, including the Board finalizing its written decision and the ABCMR Director subsequently issuing notice to Plaintiff. *Id*.

The ABCMR's acceptance and processing of Plaintiff's application renders several of Plaintiff's requests for relief moot. Upon final processing and issuance of a final decision—which according to Ms. Moyer's Declaration should occur after the Board convenes in October—this entire action will be moot. Defendant respectfully requests, therefore, that this matter be stayed while the ABCMR process continues and eventually completes.

Plaintiff opposes this request for a stay.

Respectfully submitted,

DOMINICK S. GERACE II
United States Attorney

*s/Linda Mindrutiu*

LINDA MINDRUTIU (0082341)
Assistant United States Attorney
Attorney for Defendant
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Office: (513) 684-7108
Fax: (513) 684-6972
E-mail: linda.mindrutiu@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that on August 24, 2026, I electronically filed the foregoing using the CM/ECF system, and that on the same date I caused a copy of the foregoing to be served by Regular Mail to the Plaintiff at the following address:

Michael Dean Vaughan
500 Leo Drive
Hamilton, Ohio 45013

*s/Linda Mindrutiu*
LINDA MINDRUTIU
Assistant United States Attorney