IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | |
|---|---|
| MICHAEL DEAN VAUGHAN,<br><br>Plaintiff,<br><br>v.<br><br>DANIEL P. DRISCOLL, in his official capacity as Secretary of the Army,<br><br>Defendant. | Case No. 1:26-cv-610 |

**<u>DECLARATION OF HEIDI J. MOYER</u>**

I, Heidi J. Moyer, make the following declaration:

1. I am a legal advisor at the Army Review Boards Agency ("ARBA" or the "Agency").

2. ARBA provides the highest level of administrative review for personnel actions taken in the Army. The Agency administers several boards, including the Army Board for Correction of Military Records ("ABCMR" or the "Board").

3. This declaration explains the current status of Plaintiff's ABCMR application requesting issuance of a Purple Heart. It is based on my personal knowledge as well as information made available to me during the course of my official duties, which includes consulting with ARBA's Case Management Division and reviewing ARBA's Case Tracking System ("ACTS").

4. In February 2025, Plaintiff submitted an ABCMR application requesting a Purple Heart (Docket No. AR20250004526). Plaintiff filed this application before the Army Human Resources Command ("HRC") issued their final decision on the matter. After HRC issued its final

denial, Plaintiff supplemented his pending application by submitting a revised DD Form 149 and the HRC denial letter via mail and email.

5. Due to administrative oversight and processing delays, Plaintiff's original application was returned without action in March 2026, noting failure to exhaust his administrative remedies. Upon identifying the issue, ARBA reopened the case under a new docket number (AR20260009393), and is actively processing his application.

6. An ABCMR analyst is currently preparing Plaintiff's application for Board consideration. The Board is anticipated to convene and review his case in October. Following the Board's review, the case will proceed through routine post-board processing, which includes the Board finalizing the Record of Proceeding and the ABCMR Director subsequently issuing a final decision letter to Plaintiff.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

Executed on August 24, 2026 in Arlington, Virginia.

Heidi J. Moyer
Legal Advisor
Army Review Boards Agency