**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT CINCINNATI**

| | |
|---|---|
| MICHAEL DEAN VAUGHAN,<br><br>Plaintiff,<br><br>v.<br><br>ADAM TELLE, in his official capacity as Acting Secretary of the Army,<br><br>Defendant. | Case No. 1:26-cv-610<br><br>District Judge Jeffrey P. Hopkins<br><br>Magistrate Judge Stephanie K. Bowman |

**NOTICE OF SUBSTITUTION OF DEFENDANT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 25(d)**

Plaintiff Michael Dean Vaughan respectfully notifies the Court, pursuant to Federal Rule of Civil Procedure 25(d), of the automatic substitution of the Defendant in this action, and states as follows.

The Defendant was named in this action in his official capacity as Daniel P. Driscoll, Secretary of the Army. Secretary Driscoll resigned from that office effective September 2, 2026. On September 3, 2026, Adam Telle became the Acting Secretary of the Army.

Because the Defendant was sued solely in his official capacity, the successor in office is substituted as a party by operation of the Rule. Rule 25(d) provides that the officer's successor "is automatically substituted as a party" and that "[l]ater proceedings should be in the substituted party's name." Fed. R. Civ. P. 25(d). The Rule further provides that "[t]he court may order substitution at any time, but the absence of such an order does not affect the substitution." No motion or court order is required to effect the substitution.

Accordingly, Adam Telle, in his official capacity as Acting Secretary of the Army, is substituted as the Defendant in this action in place of former Secretary Daniel P. Driscoll. Plaintiff respectfully requests that the Clerk update the docket and the case caption to reflect that substitution, and Plaintiff will use the substituted caption in his subsequent filings.

Respectfully submitted,

MICHAEL Vaughan

**Michael Dean Vaughan, Pro Se**
Former First Lieutenant, U.S. Army (Kentucky Army National Guard)
500 Leo Drive, Hamilton, Ohio 45013
(859) 743-1355 | warhacker6@gmail.com
Dated: September 8, 2026

**CERTIFICATE OF SERVICE**

I certify that on September 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record, including Linda Mindrutiu, Assistant United States Attorney, counsel for Defendant.

MICHAEL Vaughan

Michael Dean Vaughan, Pro Se